IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOANN MORRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:14-cv-02612-CM-KGG |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff and the Defendant hereby stipulate to the dismissal of the above-styled case <u>with prejudice</u>, each side to bear their own costs and attorneys' fees.

Respectfully submitted,

By: s/ J. Mark Meinhardt
J. Mark Meinhardt, #20245
14441 W. McDowell B102
Goodyear, AZ 85395
Telephone: (913) 451-9797
Email: meinhardtlaw@gmail.com

ATTORNEY FOR PLAINTIFF

By: s/ Joshua C. Dickinson
Joshua C. Dickinson     KS Bar No. 20632
Kersten L. Holzhueter   KS Bar No. 24885
Spencer Fane LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
E-mail: jdickinson@spencerfane.com
         kholzhueter@spencerfane.com

ATTORNEYS FOR DEFENDANT

1                                                         OM 373571.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the United States District Court for the District of Kansas this 13th day of November, 2015, with notice of case activity generated and sent electronically to all counsel of record.

s/ Joshua C. Dickinson
Attorney for Defendant
